UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF13210 (rev 02/2017)

In re:

**Robert Dale Lindsey**,
SSN: xxx–xx–1067    EIN: NA
    8521 Adlington Ct
    Camby, IN 46113

**Karleen Marie Lindsey**,
SSN: xxx–xx–6505    EIN: NA
    8521 Adlington Ct
    Camby, IN 46113
        Debtors.

Case No. **20–05732–JMC–13**

## NOTICE OF FILING OF CHAPTER 13 PLAN

A Chapter 13 Plan was filed on October 13, 2020, by Debtor Robert Dale Lindsey and Joint Debtor Karleen Marie Lindsey. A copy of this document is attached.

**NOTICE IS GIVEN** that any objection to the Chapter 13 Plan must be filed with the Court at least **3 days** prior to the 341 meeting date or by November 12, 2020, whichever is later. Objections must comply with S.D.Ind. B–9013–1(d) and must be served on the attorney for the debtors and the chapter 13 trustee.

If no objections are filed, the Court may confirm the plan without conducting an actual hearing. Unresolved objections will be scheduled for hearing by the Court at a later date.

Dated:  October 15, 2020

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court